```
 1 | ROGER GORDON
 2 | 407 K STREET NE
   | WASHINGTON DC 20002-3523
 3 | TELEPHONE: (202) 674-8313
   | E-MAIL: ROGERNGORDON@GMAIL.COM
 4 |
 5 | PRO SE
```

FILED
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SI

| | |
|---|---|
| ROGER GORDON<br>407 K STREET NE<br>WASHINGTON DC 20002-3523<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA<br>COMMITTEE ON BAR EXAMINERS<br><br>180 Howard Street<br>San Francisco, CA 94105<br>415-538-2000<br><br>Defendants | Case No.<br>CV 08 3341<br><br>CIVIL RIGHTS COMPLAINT AGAINST THE STATE BAR OF CALIFORNIA FOR VIOLATIONS OF THE FIRST, FIFTH, TENTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION; AND FOR INJUNCTIVE RELIEF |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

_July 8, 2008_                  _[signature]_
Dated                           Plaintiff

Complaint Against State Bar of CA for Var. Const. Violations - 1