1  ROGER GORDON
2  407 K STREET NE
   WASHINGTON DC 20002-3523
3  TELEPHONE: (202) 674-8313
   E-MAIL: ROGERNGORDON@GMAIL.COM
4
5  PRO SE

**FILED** E-filing
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SI**

| | |
|---|---|
| ROGER GORDON<br>407 K STREET NE<br>WASHINGTON DC 20002-3523<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA<br>COMMITTEE ON BAR EXAMINERS<br><br>180 Howard Street<br>San Francisco, CA 94105<br>415-538-2000<br><br>Defendants | Case No.<br>**CV 08    3341**<br><br>CIVIL RIGHTS COMPLAINT AGAINST THE STATE BAR OF CALIFORNIA FOR VIOLATIONS OF THE FIRST, FIFTH, TENTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION; AND FOR INJUNCTIVE RELIEF |

**NOTIFICATION OF AFFILIATES**

PLAINTIFF is a real person and is bringing this action in his individual capacity. He has no parent corporations or affiliates. (FRCP 7.1(a)(2).)

_Jul 8, 2008_                     _/s/ Roger Gordon_
Dated                              Plaintiff

Complaint Against State Bar of CA for Var. Const. Violations - 1