ROGER GORDON
407 K STREET NE
WASHINGTON DC 20002-3523
TELEPHONE: (202) 674-8313
E-MAIL: ROGERNGORDON@GMAIL.COM

PRO SE

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROGER GORDON
407 K STREET NE
WASHINGTON DC 20002-3523

Plaintiff,

v.

STATE BAR OF CALIFORNIA
COMMITTEE ON BAR EXAMINERS

180 Howard Street
San Francisco, CA 94105
415-538-2000

Defendants

Case No. 08　3341   SI

CIVIL RIGHTS COMPLAINT AGAINST THE STATE BAR OF CALIFORNIA FOR VIOLATIONS OF THE FIRST, FIFTH, TENTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION; AND FOR INJUNCTIVE RELIEF

## MOTION TO E-FILE

PLAINTIFF respectfully requests the court's permission to use its electronic filing system henceforth.

_July 8, 2008_          _[signature]_
Dated                   Plaintiff

Complaint Against State Bar of CA for Var. Const. Violations - 1