Clear Form

**FILED**

JUL 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SI

ROGER GORDON )
407 K STREET NE, WASHINGTON DC )
 )
            Plaintiff, ) CASE NO. CV-08-3341
 )
vs. ) **APPLICATION TO PROCEED**
 ) **IN FORMA PAUPERIS**
STATE BAR OF CALIFORNIA ) (Non-prisoner cases only)
180 Howard Street. San Francisco, CA 94105 )
 )
            Defendant. )
_____)

   I, ROGER GORDON _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

   In support of this application, I provide the following information:

1.   Are you presently employed?              Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  August 2005
3  $7,000 monthly gross
4  $4,500 monthly net (approx.)
5  2.    Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7        a.    Business, Profession or                Yes ✓  No ___
8              self employment?
9        b.    Income from stocks, bonds,             Yes ___ No ✓
10             or royalties?
11       c.    Rent payments?                         Yes ___ No ✓
12       d.    Pensions, annuities, or                Yes ___ No ✓
13             life insurance payments?
14       e.    Federal or State welfare payments,     Yes ___ No ✓
15             Social Security or other govern-
16             ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Catering and Bartending; approximately $20 per hour.
20 Total last 12 months: $3,000 (approx.)
21 3.    Are you married?                             Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.    a.    List amount you contribute to your spouse's support:$ _____
27       b.    List the persons other than your spouse who are dependent upon you for support
28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5. Do you own or are you buying a home?    Yes ____  No _✓_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6. Do you own an automobile?    Yes _✓_  No ____

7  Make  DODGE          Year  1997          Model  STRATUS

8  Is it financed? Yes ____  No _✓_  If so, Total due: $_____

9  Monthly Payment: $_____

10 7. Do you have a bank account?  Yes _✓_  No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: PNC BANK

12 833 7TH STREET, NW WASHINGTON, DC 20001

13 Present balance(s): $ $2,100 (approx.)

14 Do you own any cash? Yes ____  No _✓_  Amount: $_____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)       Yes ____  No _✓_

17 _____

18 8. What are your monthly expenses?

19 Rent: $ 900          Utilities: 100

20 Food: $ 150          Clothing: 0

21 Charge Accounts:

22 Name of Account      Monthly Payment       Total Owed on This Account

23 WORKING ASSETS (VISA)    $ $300          $ 9,500

24 _____    $_____    $_____

25 _____    $_____    $_____

26 9. Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 PRIVATE (T.H.E.) and GOVERNMENT (STAFFORD) LAW SCHOOL LOANS TOTALING $146,000

- 3 -

1   _____

2   10.   Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ____   No ✓

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   _____

7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10

11   *July 8, 2008*         *[signature]*

12      DATE                SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28