**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER GORDON,                                       No. C 08-3341 SI

        Plaintiff,                              **ORDER GRANTING PLAINTIFF'S MOTION FOR ELECTRONIC FILING**

  v.

STATE BAR OF CALIFORNIA COMMITTEE ON BAR EXAMINERS,

        Defendant.
                                        /

      IT IS HEREBY ORDERED that plaintiff's request to refer this case to the e.filing program is granted. This case is now subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.

      Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 4, 2008

                                              SUSAN ILLSTON
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROGER GORDON,

        Plaintiff,

v.

STATE BAR OF CALIFORNIA
COMMITTEE ON BAR EXAMINERS et al,

        Defendant.
_____/

Case Number: CV08-03341 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roger Gordon
407 K Street NE
Washington, DC 20002-3523

Dated: August 5, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk