MARIE M. MOFFAT (Bar No. 62167)
LAWRENCE C. YEE (Bar No. 84208)
RACHEL S. GRUNBERG (Bar No. 197080)
**THE STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2382
Fax: (415) 538-2321
Email: OGC@calbar.ca.gov

Attorneys for Defendant
The State Bar of California
Committee of Bar Examiners

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA COMMITTEE OF BAR EXAMINERS,<br><br>    Defendant | Case No. CV08-3341 SI<br><br>DECLARATION OF JOHN RODRIGUEZ IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>DATE:  Friday, October 3, 2008<br>TIME:  9:00a.m.<br>PLACE: Courtroom 10 |

I, John R. Rodriguez, declare as follows:

1.      I am currently employed by The State Bar of California (the "State Bar") as the Director of Operations and Management for the Office of Admissions. As such, I am a duly authorized custodian of records for the State Bar's Office of Admissions and have the authority to certify bar applicant, admission and examination records.

2.      Records relating to the California bar examination, administered by the State Bar's Committee of Bar Examiners, are maintained by the personnel in the Office of Admissions and are kept in the regular course of the State Bar's business as an adjunct of the California Supreme Court in admissions matters, at or near the time of the act, condition or event concerned.

3.    I conducted a diligent and thorough search of the files, records and computer databases maintained by the Office of Admissions and there is no record of Gordon Roger ever registering with the State Bar's Committee of Bar Examiners or ever applying to take any administration of the California bar examination.

I declare under penalty of perjury that the above is true and correct and that this declaration was executed on August 29, 2008 in Los Angeles, California.

John R. Rodriguez

Case 3:08-cv-03341-SI   Document 12   Filed 08/29/2008   Page 3 of 3

PROOF OF SERVICE

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105. On August 29, 2007, I served via electronic mail one copy of DECLARATION OF JOHN RODRIGUEZ IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION to Plaintiff Roger Gordon at the following email address:

    rogerngordon@!yahoo.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at San Francisco, California this 29th day of August, 2008.

s/Joan Sundt