IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER GORDON,                                              No. C 08-03341SI

       Plaintiff,                                       **NOTICE**

  v.

STATE BAR OF CALIFORNIA COMMITTEE
ON BAR EXAMINERS,

       Defendant.
                                       /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion to dismiss has been continued to Friday, November 14, 2008, at 9:00 a.m.

Dated: September 4, 2008                                   RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk