MARIE M. MOFFAT (Bar No. 62167)
LAWRENCE C. YEE (Bar No. 84208)
RACHEL S. GRUNBERG (Bar No. 197080)
**THE STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2382
Fax: (415) 538-2321
Email: OGC@calbar.ca.gov

Attorneys for Defendant
The State Bar of California
Committee of Bar Examiners

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER GORDON,

    Plaintiff,

v.

THE STATE BAR OF CALIFORNIA
COMMITTEE OF BAR EXAMINERS,

    Defendant.

Case No. CV08-3341 SI

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
ADR DEADLINES

Courtroom 10
Judge Illston

On August 29, 2008, Defendant The State Bar of California Committee of Bar Examiners filed a Motion to Dismiss Plaintiff's Complaint based on lack of jurisdiction and failure to state a claim. The Motion to Dismiss is currently scheduled for hearing on Friday, November 14, 2008.

Plaintiff Roger Gordon and Defendant The State Bar of California Committee of Bar Examiners hereby stipulate to continue the Case Management Conference, currently set for Tuesday, November 18, 2008, until Friday, December 12, 2008.

The parties further agree that facsimile copies of the signatures to this document shall be

1 | deemed original.
2 | Dated: 10/17/08

*Roger Gordon*
Roger Gordon

4 | Dated: 10/16/08

*Rachel S. Grunberg*
Rachel S. Grunberg
Attorney for Defendant The State Bar of California

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On October 17, 2008, I served via electronic mail service one copy of STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES to Plaintiff Roger Gordon at the following email address:

rogerngordon@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 17th day of October, 2008.

s/Joan Sundt