1 | ROGER GORDON
2 | 407 K STREET NE
   | WASHINGTON DC 20002-3523
3 | TELEPHONE: (202) 674-8313
   | E-MAIL: ROGERNGORDON@GMAIL.COM
4 |
5 | PRO SE
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | ROGER GORDON ) Case No. CV 08-3341 SI
   | 407 K STREET NE )
12 | WASHINGTON DC 20002-3523 ) STIPULATION TO CONTINUE CASE
   | ) MANAGEMENT CONFERENCE AND
13 | ) ADR DEADLINES; AND ACCEPTANCE
   | Plaintiff, ) OF PROCESS BY COUNSEL FOR STATE
14 | ) BAR OF CALIFORNIA ON BEHALF OF
   | v. ) DEFENDANTS DAVENPORT, ET AL
15 | )
   | SCOTT W. DAVENPORT, ET AL, ALL )
16 | MEMBERS OF THE STATE BAR OF )
   | CALIFORNIA COMMITTEE ON BAR ) Courtroom 10
17 | EXAMINERS ) Judge Illston
   | )
18 | )
   | 180 Howard Street )
19 | San Francisco, CA 94105 )
   | 415-538-2000 )
20 | **Defendants** )

21 |
22 |   On December 5, 2008, Plaintiff Roger Gordon filed a First Amended Complaint in the
23 | above-captioned matter. A Case Management Conference for the original Complaint had
24 | previously been scheduled for December 12, 2008.
25 |   Plaintiff Roger Gordon and Defendants Davenport, et al hereby stipulate to continue the
26 | Case Management Conference until February 13, 2009.
27 | ///
28 | ///

---

Stipulation to Continue CMC and ADR Deadlines     1     CV 08-3341 SI

Counsel for the State Bar of California also has agreed to accept process on behalf of Defendants Davenport, et al.

The parties further agree that facsimile copies of the signatures to this document shall be deemed original.

Dated: 12/8/08

Rachel S. Grunberg, Esq.
Attorney for Defendants Davenport, et al

Dated: 12/8/08

Roger Gordon



IT IS SO ORDERED
Judge Susan Illston

1 | PROOF OF SERVICE BY MAIL

2 | I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party
3 | to the within above-entitled action, that I am employed in the City and County of San Francisco,
4 | that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA
5 | 94105.

6 | On December 10, 2008, I served via electronic mail service one copy of STIPULATION
7 | TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND
8 | ACCEPTANCE OF PROCESS BY COUNSEL FOR STATE BAR OF CALIFORNIA ON
9 | BEHALF OF DEFENDANTS DAVENPORT, ET AL. to Plaintiff Roger Gordon at the following
10 | email address:

11 | rogerngordon@yahoo.com

12 | I declare under penalty of perjury under the laws of the State of California that the
13 | foregoing is true and correct.

14 | Executed at San Francisco, California this 10th day of December, 2008.

16 | s/Joan Sundt