IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GORDON, | No. C 08-3341 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SCOTT W. DAVENPORT, *et al.*, | |
| Defendants. | |

Plaintiff's complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 9, 2009

SUSAN ILLSTON
United States District Judge